UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60352-CV-SMITH

MARTINE HYPPOLITE-MARRIOTT,

    Plaintiff,

vs.

FLORIDA DEPARTMENT OF VETERANS
AFFAIRS, *et al.*,

    Defendants.
_____/

## NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT

This matter is before the Court on the parties' Notice of Settlement [DE 64], indicating that this matter has been settled as to all claims. Upon consideration, it is hereby

**ORDERED** that:

(1)    The parties shall file their Stipulation of Dismissal in accordance with Federal Rule of Civil Procedure 41 on or before **February 7, 2022**. Failure to comply with this Order may result in the final dismissal of this case.

(2)    All pending motions are **DENIED as moot.**

(3)    This case is **CLOSED**.

DONE AND ORDERED in Fort Lauderdale, Florida, this 21st day of January, 2022.

*[signature]*

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record